**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| LATAY RAY, | : No. 56 EM 2022 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| HONORABLE JUDGE DENIS P. COHEN | : |
| OR PRESIDENT JUDGE, COURT OF | : |
| COMMON PLEAS OF PHILADELPHIA | : |
| COUNTY, PA, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.